MARY WHITE, Respondent, *v.* CHARLES HICKMAN, Executor, etc., Appellant.

(Argued November 23, 1876; decided December 5, 1876.)

*Nathaniel C. Moak* for the appellant.

*John A. Godfrey* for the respondent.

Agree to affirm. No opinion.
Judgment affirmed.

---

WILLIAM SIEGER, Executor, etc., Appellant, *v.* JOHN Y. CULYER, Respondent.

(Argued November 23, 1876; decided December 5, 1876.)

*James H. Gilbert* for the appellant.

*N. H. Clement* for the respondent.

Agree to affirm order granting new trial, and judgment absolute against plaintiff, on opinion of court below.
All concur.
Order affirmed and judgment accordingly.